IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL NO: 4:15-CV-124-JHM

RITA PARSON, *Plaintiff*

vs.   **COMPLAINT**

CAPITAL ONE BANK, N.A.,   *Defendant*

    Serve: Registered Agent
           Capital One Bank, N.A.
           P.O. Box 85699
           Richmond, VA 23285

\* \* \* \* \* \* \* \*

NOW COMES Plaintiff, RITA PARSON, by and through her attorneys, KROHN & MOSS, LTD., and for her Complaint against Defendant, CAPITAL ONE BANK, N.A., alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 47 *U.S.C. § 227 et seq.* ("TCPA").

### PARTIES

2. Plaintiff, RITA PARSON ("Plaintiff") is an individual who was at all times relevant hereto residing in the State of Kentucky, County of Hopkins.

3. Defendant is a business entity with a principal place of business in Kettering, Ohio.

4. Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

5. Jurisdiction of this court arises pursuant to *28 U.S.C. 1331*.

6. Defendant conducts business in the State of Kentucky, and therefore, personal jurisdiction is established.

7. Venue is proper under *28 U.S.C. § 1391(b)(2)*.

## FACTUAL ALLEGATIONS

8. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

9. Defendant places collection calls to Plaintiff's cellular telephone at phone number (270) 619-25XX.

10. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 800-955-6600 and 866-364-6545.

11. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

12. On July 3, 2015 at approximately 1:37 p.m., Plaintiff requested that Defendant cease placing calls to her cell phone and requested that Defendant stop calling her regarding any of her Capital One accounts.

13. Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system during the telephone call on July 3, 2015.

14. Despite Plaintiff's request to cease, Defendant placed at least 47 automated collection calls to Plaintiff over an approximate two-month period.

15. Defendant willfully and voluntarily used an automatic telephone dialing system

to place these calls.

16. Defendant intended to use an automatic telephone dialing system to place these calls.

17. Defendant did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

18. Defendant's actions alleged *supra* constitute numerous violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to *47 U.S.C. 227 §(b)(3)(B)*.

19. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violations of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to *47 U.S.C. § 227 (b)(3)(B)* and *47 U.S.C. §(b)(3)(C)*.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, RITA PARSON, respectfully requests judgment be entered against Defendant, CAPITAL ONE BANK, N.A., for the following:

   a. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to, *47 U.S.C. §(b)(3)(B)*;
   b. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to *47 U.S.C. §(b)(3)(B)* and *47 U.S.C. §(b)(3)(C)*;
   c. All court costs, witness fees and other fees incurred;
   d. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, RITA PARSON, demands a jury trial in this cause of action.

DATED: August 17, 2015

Respectfully Submitted,

**RITA PARSON**

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (888) 755-0945
shormozdi@consumerlawcenter.com
Kentucky Bar No. 93993

<u>DEMAND FOR JURY TRIAL</u>

PLEASE TAKE NOTICE that Plaintiff, RITA PARSON, demands a jury trial in this cause of action.

DATED: August 17, 2015

Respectfully Submitted,

RITA PARSON

By: /s/ Shireen Hormozdi

Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (888) 755-0945

shormozdi@consumerlawcenter.com

**Kentucky Bar No. 93993**

<u>VERIFICATION OF COMPLAINT AND CERTIFICATION</u>

STATE OF KENTUCKY )
                                ) ss.
COUNTY OF HOPKINS )

Plaintiff, Rita Parson, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

*Rita Parson*

Rita Parson