### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| RITA PARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No 4:15-cv-00124-JHM-HBB |
| v. | ) |
| | ) |
| CAPITAL ONE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

### AGREED ORDER OF DISMISSAL

Plaintiff, Rita Parson, and Defendant, Capital One Bank (USA), N.A., by and through their respective counsel, hereby agree to dismiss this action with prejudice as settled. Accordingly, by agreement of the parties, and the Court being sufficiently advised, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, with all parties to pay their own costs and expenses. This is a final and appealable order, with no just cause for delay.

*[Signature]*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

January 20, 2017

HAVE SEEN AND AGREED TO:

/s/ Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm LLC
1770 Indian Trail Lilburn Rd
Norcross, GA 30096
Phone: (678) 395-7795
shireen@norcrosslawfirm.com

Attorney for Plaintiff

/s/ Katrina L. Miller
Katrina L Miller
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
kmiller@stites.com

Attorney for Defendant